UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:

TANJI A. SHELTON,   Case No. 8:16-bk-10421-RCT
                    Chapter 13

  Debtor.*
_____/

## MOTION FOR RECONSIDERATION OF
## ORDER DISMISSING CHAPTER 13 CASE

TANJI A. SHELTON (the "Debtor"), by and through undersigned counsel, files this Motion for Reconsideration of Order Dismissing Chapter 13 Case and in support thereof would state as follows:

1. The Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code on December 7, 2016.

2. An Order Dismissing Chapter 13 Case was entered by this Honorable Court on August 5, 2020.

3. On March 11, 2020, the Debtor was furloughed from work. The Debtor received no compensation until July 20, 2020, when she received 4 weeks of unemployment compensation (state benefit only).

4. The Debtor has now returned to work and is employed full time.

5. The Debtor has remitted payment to the Trustee to bring the account current.

6. That dismissal would not be in the best interest of the creditors.

**WHEREFORE**, the Debtor requests this Honorable Court entertain this motion for reconsideration and enter a subsequent Order denying the dismissal of the Chapter 13 case.

_____
CHARLES G. MOORE, ESQ.

## CERTIFICATE OF SERVICE

    I HEREBY certify that a true and correct copy of the foregoing Motion For Reconsideration of Order Dismissing Chapter 13 Case has been furnished to the Chapter 13 Trustee, Kelly Remick, P.O. Box 89948, Tampa, FL 33689, the Assistant United States Trustee, 501 East Polk Street, Suite 1200, Tampa, FL 33602, and to all creditors on the attached mailing matrix (matrix attached to original only) by United States mail delivery or Electronically this 17 day of August, 2020.

**CHARLES G. MOORE, ESQ.**
Charles G. Moore, P.A.
1135 Pasadena Avenue South
Suite 301
St. Petersburg, FL 33707
(727) 381-8080
FLA BAR #0886701
Attorney for Debtor(s)

*All references to "Debtor" shall refer to both debtors in a case filed jointly by two individuals.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:16-bk-10421-RCT<br>Middle District of Florida<br>Tampa<br>Mon Aug 17 15:20:51 EDT 2020 | FIDELITY BANK<br>c/o Gilbert Garcia Group, P.A<br>2313 W Violet St.<br>Tampa, FL 33603-1423 | Regions Bank<br>Consumer Collections-BH4441<br>P.O. Box 10063<br>Birmingham, AL 35202-0063 |
| Tanji A Shelton<br>4651 25th Avenue North<br>St Petersburg, FL 33713-3123 | ARS National Services Inc<br>PO Box 469046<br>Escondido CA 92046-9046 | ARS National Services Inc<br>PO Box 469100<br>Escondido CA 92046-9100 |
| AllianceOne Receivables Mgmt<br>4850 Street Road<br>Suite 300<br>Trevose PA 19053-6643 | Allied Interstate LLC<br>PO Box 15548<br>Wilmington DE 19850-5548 | Allied Interstate LLC<br>PO Box 4000<br>Warrenton VA 20188-4000 |
| Ally<br>PO Box 380901<br>Minneapolis MN 55438-0901 | Ally<br>PO Box 380902<br>Bloomington MN 55438-0902 | Bank of America<br>Bankruptcy Dept<br>PO Box 26012<br>Mail Code NC4-105-03-14<br>Greensboro NC 27420-6012 |
| Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | Barclays Bank Delaware<br>125 South West Street<br>Wilmington DE 19801-5014 | Capital Management Svcs LP<br>698 1/2 South Ogden Street<br>Buffalo NY 14206-2317 |
| Capital One<br>PO Box 30285<br>Salt Lake City UT 84130-0285 | Capital One Bank NA<br>4851 Cox Road<br>Glen Allen VA 23060-6293 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Citibank NA<br>701 E 60th Street N<br>Sioux Falls SD 57104-0493 | Credit Collection Services<br>725 Canton Street<br>Norwood MA 02062-2679 | Credit One Bank<br>PO Box 60500<br>City Of Industry CA 91716-0500 |
| Department of Revenue<br>PO Box 6668<br>Tallahassee, FL 32314-6668 | ERC<br>PO Box 57610<br>Jacksonville FL 32241-7610 | Fidelity Bank<br>100 E. English<br>Wichita, KS 67202-3759 |
| Fidelity Bank<br>PO Box 105075<br>Atlanta GA 30348-5075 | Fidelity Bank<br>PO Box 11007<br>Wichita KS 67202 | Firstsource Advantage LLC<br>205 Bryant Woods South<br>Amherst NY 14228-3609 |
| (p)GC SERVICES LIMITED PARTNERSHIP<br>6330 GULFTON<br>HOUSTON TX 77081-1198 | Gary Heller DO LLC<br>7641 66th Street North<br>Pinellas Park FL 33781-3174 | Hans Balke<br>1949 Arrowhead Drive NE<br>Saint Petersburg FL 33703-1903 |

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

LVNV Funding, LLC its successors and assigns
assignee of Citibank, N.A.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Liberty Mutual Group
175 Berkeley Street
Boston MA 02116-3350


MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

MIDLAND FUNDING LLC
PO Box 2011
Warren, MI 48090-2011

McCumber Daniels Buntz
4401 West Kennedy Blvd
Suite 200
Tampa FL 33609-2048


Merrick Bank
10-705 S Jordan Gateway
Suite 200
South Jordan UT 84095-3977

Merrick Bank
PO Box 9201
Old Bethpage NY 11804-9001

Midland Credit Mgmt Inc
2365 Northside Dr
Suite 300
San Diego CA 92108-2709


Northstar Location Svcs LLC
4285 Genesee Street
Cheektowaga NY 14225-1943

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quest Diagnostics
PO Box 740781
Cincinnati OH 45274-0781


Regions Bank
1900 Fifth Avenue North
Birmingham AL 35203-2670

Regions Bank
PO Box 10063
Birmingham AL 35202-0063

Regions Bank
PO Box 11007
Birmingham AL 35288-0001


Robin McDonald
2496 61st Lane North
Saint Petersburg FL 33710-4136

Rosalie Shelton
5215 26th Avenue North
Saint Petersburg FL 33710-3424

Synchrony Bank
Attn Bankruptcy Dept
PO Box 965060
Orlando FL 32896-5060


Wells Fargo
PO Box 14517
Des Moines IA 50306-3517

Wells Fargo Bank NA
1 Home Campus
Des Moines IA 50328-0001

Wells Fargo Bank, N.A.
PO Box 10438
Des Moines, IA 50306-0438


William C Harrison +
Kelly Remick, Chapter 13 Trustee
Post Office Box 89948
Tampa, FL 33689-0416

United States Trustee - TPA7/13 7+
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602-3949

Randall C Hiepe +
Law Office of Randall C Hiepe
535 Central Ave Ste 403
St. Petersburg, FL 33701-3703


Caroline Cynn Printy +
Kelly Remick, Chapter 13 Trustee
P O Box 6099
Sun City Center, FL 33571-6099

Amy M Kiser +
Gilbert Garcia Group P.A.
2313 W. Violet Street
Tampa, FL 33603-1423

Kelly Remick +
Chapter 13 Standing Trustee
Post Office Box 89948
Tampa, FL 33689-0416


Pinellas County Tax Collector (LB) +
Post Office Box 6340
Clearwater, FL 33758-6340

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Chase Cardmember Services
PO Box 15298
Wilmington DE 19850-5298

GC Services LP
6330 Gulfton
Houston TX 77081

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

End of Label Matrix
Mailable recipients    57
Bypassed recipients     0
Total                  57